# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-2225

_____

Patricia Ann Riniker

*Plaintiff - Appellant*

v.

Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Northern District of Iowa - Dubuque

_____

Submitted: April 11, 2019
Filed: April 19, 2019
[Unpublished]

_____

Before COLLOTON, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Patricia Ann Riniker appeals the district court's[1] affirmance of a decision denying her disability insurance benefits, which we review de novo. See Combs v. Berryhill, 878 F.3d 642, 645-46 (8th Cir. 2017) (ensuring that substantial evidence on record as whole supports decision). We agree with the district court that because the administrative law judge (ALJ) gave several valid reasons for discounting Riniker's subjective complaints, any error based on the ALJ's failure to mention her work history in his credibility analysis was harmless. See Bryant v. Colvin, 861 F.3d 779, 782-83 (8th Cir. 2017) (this court defers to ALJ's credibility determination if it is supported by good reasons and substantial evidence). As to the remaining issues Riniker raises on appeal, they are new and she has not shown that manifest injustice would result if this court declines to consider them. See Gragg v. Astrue, 615 F.3d 932, 938 (8th Cir. 2010) (declining to consider issue not raised in district court as appellant made no showing that manifest injustice would otherwise result). The judgment is affirmed.

_____

[1]The Honorable Kelly K. E. Mahoney, United States Magistrate Judge for the Northern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).